IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVSION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case: 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570
_____
This Document Relates to:

ELLIOT FRIEDMAN,                                  Civil Action No. 1:18-cv-03554-RLY-TAB

        Plaintiff,

v.

COOK MEDICAL, INC. IVC FILTERS,

        Defendants.
_____

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Elliot Friedman, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants, Cook Incorporated, Cook Medical LL and William Cook Europe in Civil Action No: 1:18-cv-03554-RLY-TAB.


Date: September 06, 2024           Respectfully Submitted,

                                         **THE MOODY LAW FIRM**
                                         By: */s/ Willard J. Moody, Jr.*
                                         Willard J. Moody, Jr.
                                         500 Crawford Street, Suite 200
                                         Portsmouth, VA 23704
                                         (757) 393-6020
                                         will@moodyrrlaw.com
                                         *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 06, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of notice of electronic filing.

/s/ Willard J. Moody, Jr.<br>Willard J. Moody, Jr.