> ACKNOWLEDGED.
> Case is dismissed without prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 10/07/2024

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVSION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

ELLIOT FRIEDMAN,    Civil Action No. 1:18-cv-03554-RLY-TAB

      Plaintiff,

v.

COOK MEDICAL, INC. IVC FILTERS,

      Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Elliot Friedman, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants, Cook Incorporated, Cook Medical LL and William Cook Europe in Civil Action No: 1:18-cv-03554-RLY-TAB.

Date: September 06, 2024      Respectfully Submitted**,**

      **THE MOODY LAW FIRM**
      By: */s/ Willard J. Moody, Jr.*
      Willard J. Moody, Jr.
      500 Crawford Street, Suite 200
      Portsmouth, VA 23704
      (757) 393-6020
      will@moodyrrlaw.com
      *Attorney for Plaintiff*